DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN
DOC NO
REC'D/FILED    FEB - 4 2008
2008 JAN 29 PM 2:22    FILED
THERESA M. OWENS, CLERK
CASE#_____
THERESA M. OWENS
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-CV-677 |
| CLAUDETTE RICHARDSON, | ) |
| Defendant. | ) |

## CONSENT JUDGMENT

The complaint having been filed in this action on November 29, 2007, and the plaintiff and defendant having consented to the entry of this judgment,

NOW, THEREFORE, before the taking of any testimony, on the pleadings and without further adjudication of any issues of fact or law in this action and upon consent and agreement of the parties to this judgment,

IT IS ORDERED, ADJUDGED AND DECREED that:

1. This court has jurisdiction of the subject matter of this action. The complaint states a claim upon which relief may be granted under 28 U.S.C. § 1345;

2. The defendant, Claudette Richardson, is an adult residing in, Beloit, within the Western District of Wisconsin;

*United States v. Claudette Richardson*
Case No. 07-CV-677
Consent Judgment

3. The defendant, Claudette Richardson, hereby agrees to the entry of a consent judgment in the principal amount of $10,979.52, plus interest in the amount of $5,974.34 as of January 23, 2008, and interest thereafter to the date of judgment at the rate of 6.88% per annum, together with interest thereon at the legal rate from the date of this judgment until paid in full;

4. This judgment shall be recorded among the records of the circuit court in the county of residence of the defendant and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property;

5. The defendant shall submit financial data to the plaintiff, upon request, as long as this judgment remains unsatisfied; and

6. All present and future costs and disbursements incurred in association with judgment satisfaction shall be paid by the defendant.

Dated this 31st day of January, 2008.

BY THE COURT:

Barbara B. Crabb
~~JOHN C. SHABAZ~~
United States District Judge

*United States v. Claudette Richardson*
Case No. 07-CV-677
Consent Judgment

The foregoing consent judgment form was prepared by Assistant United States Attorney Heidi L. Luehring acting solely on behalf of the United States' interests which are adversarial to the defendant's interest. Therefore, the defendant is hereby advised to seek her own legal counsel in order to protect her interest prior to consenting to the entry of this consent judgment.

Without notice, we consent to the entry of the foregoing consent judgment.

_____1/25/08_____
Date

*Claudette Richardson*
CLAUDETTE RICHARDSON
Defendant


_____1/23/08_____
Date

ERIK C. PETERSON
United States Attorney

By: _____
HEIDI L. LUEHRING
Assistant United States Attorney