IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-CV-677 |
| ) | |
| CLAUDETTE RICHARDSON, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| OSF HEALTHCARE SERVICES, ) | |
| ) | |
| Garnishee Defendant. ) | |

## ORDER GRANTING APPLICATION FOR
## WRIT OF CONTINUING GARNISHMENT

Upon reviewing the application for writ of continuing garnishment filed with

this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for

a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment

to the garnishee defendant, and its successors or assigns.

Entered this 3d day of November , 2009.

BY THE COURT:

Barbara B Crabb

BARBARA B. CRABB
United States District Judge