IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAUDETTE RICHARDSON,<br><br>Defendant,<br><br>OSF HEALTHCARE SERVICES,<br><br>Garnishee Defendant. | Case No. 07-CV-677 |

ORDER DISMISSING GARNISHMENT

Upon the motion of the United States of America requesting dismissal of the garnishment in the above-entitled matter based on the United States receiving notice that the defendant is not an employee of the Garnishee Defendant,

IT IS HEREBY ORDERED that the garnishment be dismissed and the Garnishee Defendant be released from any further obligation in this case.

Entered this 10th day of November, 2009.

BY THE COURT:

BARBARA B. CRABB
United States District Judge