IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-CV-677 |
| CLAUDETTE RICHARDSON, | ) |
| Defendant, | ) |
| and | ) |
| OSF HOMECARE SERVICES, | ) |
| Garnishee Defendant. | ) |

**ORDER GRANTING APPLICATION FOR
WRIT OF CONTINUING GARNISHMENT**

Upon reviewing the application for writ of continuing garnishment filed with this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this _10th_ day of _November_, 2009.

BY THE COURT:

_Barbara B. Crabb_
BARBARA B. CRABB
United States District Judge