IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07-CV-677 |
| CLAUDETTE RICHARDSON, | ) ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| OSF HEALTHCARE SERVICES, | ) ) ) | |
| Garnishee Defendant. | ) ) | |

**ORDER TERMINATING GARNISHMENT**

Upon the motion of the United States of America requesting termination of the garnishment in the above-entitled matter based on defendant being terminated from her position,

IT IS HEREBY ORDERED that the garnishment be terminated and the garnishee defendant be released from any further obligation in this case.

Entered this _17th_ day of _August_, 2010.

BY THE COURT:

BARBARA B. CRABB
United States District Judge