IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

CLAUDETTE RICHARDSON,

    Defendant,

and

SELECT REHABILITATION, INC.,

    Garnishee Defendant.

Case No. 07-CV-677-bbc

---

### ORDER GRANTING APPLICATION FOR
### WRIT OF CONTINUING GARNISHMENT

---

Upon reviewing the application for writ of continuing garnishment filed with this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this 6th day of May, 2016.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge